# IN THE SUPREME COURT OF THE STATE OF NEVADA

JUAN FERNANDO LOPEZ,
Appellant,
vs.
BRIAN WILLIAMS, WARDEN,
Respondent.

No. 74225

FILED

JAN 0 8 2018

ELIZABETH A. BROWN
CLERK OF SUPREME COURT
BY S. Young
DEPUTY CLERK

## ORDER DISMISSING APPEAL

This is a pro se appeal from a decision resolving a postconviction petition for a writ of habeas corpus. Eighth Judicial District Court, Clark County; Linda Marie Bell, Judge.

Our review of this appeal reveals a jurisdictional defect. Specifically, the district court granted appellant the relief he requested. Thus, appellant is not aggrieved by the order. *See* NRS 177.015 (only an aggrieved party may appeal). Accordingly, we lack jurisdiction to consider this appeal, and we

ORDER this appeal DISMISSED.

_____ Cherry , J.
Cherry

_____ , J.
Parraguirre

_____ Stiglich , J.
Stiglich

cc: Hon. Linda Marie Bell, District Judge
Juan Fernando Lopez
Attorney General/Carson City
Attorney General/Las Vegas
Eighth District Court Clerk

Supreme Court
of
Nevada

(O) 1947A

18-00833